STATE OF NEW YORK        )
                         :SS.:
COUNTY OF NEW YORK  )

  IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 19th day of September, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:  Ace Drywall and Draperies, Inc.
   138 Bathgate Street
   Staten Island, NY 10312

                   IAN K. HENDERSON

Sworn to before me this
19th day of September, 2007

_____
NOTARY PUBLIC

**ANDREW GRABOIS**
Notary Public, State of New York
No. 02GR6127051
Qualified in New York County
Commission Expires May 23, 20__