UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

THE NEW YORK DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

              Plaintiffs,

-against-                          07 Civ. 6781 (LAK)

ACE DRYWALL AND DRAPERIES, INC.,

              Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiffs' motion for a default judgment is granted. The Clerk shall enter final judgment accordingly and close the case.

      SO ORDERED.

Dated:      October 16, 2007

                                              _____
                                                   Lewis A. Kaplan
                                             United States District Judge